# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Hazel Louise Rowland      )
                                   )   Case No:   10-37063-DOT
                                   )    Chapter   13
        Debtor                     )

## SCHEDULE OF UNPAID DEBTS INCURRED AFTER FILING OF ORIGINAL PETITION TO DATE OF CONVERSION

### CREDITORS HOLDING UNSECURED CLAIMS
### (PRIORITY AND/OR NON-PRIORITY)

| PRIORITY | CREDITOR'S NAME AND ADDRESS | CODEBTOR | HUSBAND, WIFE, OR JOINT | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | *Costco*<br>*PO Box 34331*<br>*Seattle, WA 98124*<br><br>ACCOUNT NO. *xxx-xx-9604* | | | *7/2011*<br><br>*Account balance* | | | | *$500.00* |
| | *National Fitness*<br>*PO Box497*<br>*Layton, UT 84041*<br><br>ACCOUNT NO. *7325-109618* | | | *3/2012*<br><br>*Membership dues* | | | | *$150.00* |
| | *Radiology Associates of Richmond*<br>*2602 Buford Road*<br>*Richmond, VA 23235*<br><br>ACCOUNT NO. *RAR12153900* | | | *1/2012*<br><br>*Medical* | | | | *$61.05* |
| | | | | | | | | |
| | | | | | | | | |

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, the undersigned, hereby declare under penalty of perjury that I have read the foregoing schedule and that it is true and correct to the best of my knowledge, information, and belief.

May 8, 2012                              /s/Hazel Louise Rowland
                                         Debtor


CERTIFICATE OF SERVICE

I, the undersigned, hereby declare under penalty of perjury that the above Schedule of Unpaid Debts Incurred After Filing of Original Petition to Date of Conversion was served by electronic means or first class mail this 8th day of May 2012 upon the Chapter 7 trustee and the United States Trustee.


/s/ Richard J. Oulton
Richard J. Oulton, Counsel
The Debt Law Group, PLLC
7825 Midlothian Turnpike, #104
VSB No. 29640
(804) 658-1142 (ph)
(804) 658-1152 (fax)