# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Hazel Louise Rowland         )
                                      )   Case No:   10-37063-DOT
                                      )   Chapter   13
         Debtor                       )

### SCHEDULE OF UNPAID DEBTS INCURRED AFTER FILING OF ORIGINAL PETITION TO DATE OF CONVERSION

### CREDITORS HOLDING UNSECURED CLAIMS
(PRIORITY AND/OR NON-PRIORITY)

| PRIORITY | CREDITOR'S NAME AND ADDRESS | CODEBTOR | HUSBAND, WIFE, OR JOINT | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | *Costco*<br>*PO Box 34331*<br>*Seattle, WA 98124*<br><br>ACCOUNT NO. *xxx-xx-9604* | | | *7/2011*<br><br>*Account balance* | | | | *$500.00* |
| | *National Fitness*<br>*PO Box497*<br>*Layton, UT 84041*<br><br>ACCOUNT NO. *7325-109618* | | | *3/2012*<br><br>*Membership dues* | | | | *$150.00* |
| | *Radiology Associates of Richmond*<br>*2602 Buford Road*<br>*Richmond, VA 23235*<br><br>ACCOUNT NO. *RAR12153900* | | | *1/2012*<br><br>*Medical* | | | | *$61.05* |
| | | | | | | | | |
| | | | | | | | | |

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, the undersigned, hereby declare under penalty of perjury that I have read the foregoing schedule and that it is true and correct to the best of my knowledge, information, and belief.

May 8, 2012                              /s/Hazel Louise Rowland
                                         Debtor

CERTIFICATE OF SERVICE

I, the undersigned, hereby declare under penalty of perjury that the above Schedule of Unpaid Debts Incurred After Filing of Original Petition to Date of Conversion was served by electronic means or first class mail this 8th day of May 2012 upon the Chapter 7 trustee and the United States Trustee.

/s/ Richard J. Oulton
Richard J. Oulton, Counsel
The Debt Law Group, PLLC
7825 Midlothian Turnpike, #104
VSB No. 29640
(804) 658-1142 (ph)
(804) 658-1152 (fax)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Hazel Louise Rowland**  
Debtor(s)

Case No. **10-37063**  
Chapter **7**

**TO:**

| | | |
|---|---|---|
| *Costco*<br>PO Box 34331<br>Seattle, WA 98124 | *National Fitness*<br>PO Box 497<br>Layton, UT 84041 | *Radiology Associates of Richmond*<br>2602 Buford Road<br>Richmond, VA 23235 |

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Hazel Louise Rowland**

Date: **May  8, 2012**    By **/s/ Richard Oulton**  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: **29640**  
Address: **The Debt Law Group, PLLC**  
**JANAF Office Building**  
**5900 E. Virginia Beach Blvd, Suite 507**  
**Norfolk, VA 23502**  
Telephone No.: **(804) 658-1142**

## CERTIFICATION

I certify that on **May 8, 2012**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Richard Oulton**  
**Richard Oulton 29640**  
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01 ]